IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEANUTS WORLDWIDE LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 25-cv-02455 <br><br> **Judge Manish S. Shah** <br><br> **Magistrate Judge Heather K. McShain** |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Peanuts Worldwide LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Charming Online | 2 |
| Comely Online | 8 |
| Elegance YS | 29 |
| FUNNY SOUL CC | 40 |
| Good Blankets | 45 |
| Gorgeous Live | 47 |
| Gspod | 50 |
| Guancedao | 51 |
| GY local | 52 |
| Las cosas buenas | 71 |
| lovely Blankets | 82 |
| Many blankets | 86 |
| MirthMood | 93 |

Dated this 15th day of May 2025.

Respectfully submitted,

/s/ Trevor C. Talhami
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
habes@gbc.law

*Counsel for Plaintiff Peanuts Worldwide LLC*